UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL. NO. 3:10CR148 (EBB) |
| v. | : | |
| | : | |
| | : | |
| ALLEN BAILEY, a.k.a. "Cheese" | : | OCTOBER 18, 2010 |

GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

Pursuant to Title 18, United States Code, Sections 3142(e) and (f), the Government hereby requests that the defendant be ordered detained prior to trial.

I.  Eligibility of Case

This case is eligible for pretrial detention because it involves:

    ___    a crime of violence as defined in Title 18, United States Code, Section 3156;

    ___    an offense for which the maximum sentence is life imprisonment or death;

    _X_    an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. 951 et seq.), or section 1 of the Act of September 15, 1980 (21 U.S.C. §955a);

    ___    any felony committed after the defendant has been convicted of two or more of the prior three offenses or two or more State or local offenses that would have been one of the prior three offenses if a circumstance giving rise to Federal jurisdiction had existed;

  _X_  a serious risk that the defendant will flee; and/or

  ___  a serious risk that the defendant will obstruct or attempt to obstruct justice, or threaten injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

II.  <u>Reason for Detention</u>

The court should detain defendant because there are no conditions of release which will reasonably assure:

  _X_  the defendant's appearance as required; and/or

  _X_  the safety of any other person and the community.

III.  <u>Rebuttable Presumption</u>

The Government will invoke the rebuttable presumption against the defendant under Title 18, United States Code, Section 3142(e). The presumption applies because:

  ___  the defendant has been convicted of a Federal offense described in Title 18, United States Code, Section 3142(f)(1) or of a State or local offense that would have been an offense described in Section 3142(f)(1) if a circumstance giving rise to Federal jurisdiction had existed;

  ___  an offense described in Title 18, United States Code, Section 3142(e)(1) was committed while the defendant was on release pending trial for a Federal, State, or local offense; and

  ___  a period of not more than five years has elapsed since the date of conviction, or the release of the defendant from imprisonment, for an offense described in Title 18, United States Code, Section 3142(e)(1), whichever is later; or

      X      there is probable cause to believe that the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. §951 et seq.), section 1 of the Act of September 15, 1980 (21 U.S.C. 955a), an offense under section 924(c), 956(a), or 2332b of Title 18 of the United States Code, or an offense involving a minor victim under section 1201, 1591, 2241, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425 of Title 18 of the United States Code.

IV.    <u>Time for Detention Hearing</u>

The Government requests that the court conduct the detention hearing:

      ___      at the defendant's first appearance;

      X      after a continuance of three days.

                                              Respectfully submitted,

                                              DEIRDRE M. DALY
                                              ATTORNEY FOR UNITED STATES ATTORNEY
                                              UNDER AUTHORITY CONFERRED BY 28 U.S.C. § 515

                                              /S/
                                              BRIAN P. LEAMING
                                              ASSISTANT U.S. ATTORNEY
                                              Federal Bar No. ct16075
                                              450 Main Street
                                              Hartford, CT 06103
                                              (860) 947-1101

**CERTIFICATION OF SERVICE**

       This is to certify that on October 18, 2010, a copy of the foregoing Motion for Pretrial Detention was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

       /s/
BRIAN P. LEAMING
ASSISTANT UNITED STATES ATTORNEY