# UNITED STATES DISTRICT COURT
## for the
## District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br>Allen Bailey<br>*Defendant* | )<br>)<br>) Case No.   0205 3:10CR00148-0014(JAM)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☑ Violation Notice   ☐ Order of the Court

| Place: Honorable Jeffery Alker Meyer<br>U.S. District Judge<br>Richard C. Lee United States Court House<br>New Haven, CT 06510 | Courtroom No.: Courtroom 3 |
|---|---|
| | Date and Time: October 16, 2018   1:00 PM |

This offense is briefly described as follows:
Mr. Bailey has been arrested by the East Hartford Police Department and charged with Kidnapping 2nd Degree with a Firearm.

True Copy
ATTEST:
ROBIN D. TABORA
Clerk U.S. District Court

By _____
Deputy Clerk

Date: October 9, 2018

_____
Issuing officer's signature

Joanne Pesta, Deputy Clerk
Printed Name and Title

---

I declare under penalty of perjury that I have:

☑ Executed and returned the summons        ☐ Returned the summons unexecuted

Date: 10/16/18

_____
Server's signature

John H. Wackerman  U.S.P.O.
Printed name and title

☐ INSTRUCTIONS: Check this box to lock fields when completed. Issuing Officer is the Clerk of Court once checked Form CAN NOT be edited, you may want to save this form then check this box.