UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 10-CR-148 (JAM) |
| vs. | : | |
| ALLEN BAILEY | : | July 19, 2019 |

## NOTICE OF STATUS UPDATE

Since April of 2016, Mr. Allen Bailey has been on supervised release in connection with his conviction arising from a crack cocaine offense. On October 16, 2018, Mr. Bailey appeared before the Court (Meyer, J) for a supervised release violation proceeding arising from his arrest on kidnapping charges in Connecticut state court. He has been detained in federal custody since that date.

Following a May 17, 2019, appearance before the Court (Spector, MJ) the United States Marshals arranged for Mr. Bailey to be housed by the Connecticut Department of Correction to facilitate his transportation to state court and access to state counsel. Mr. Bailey is now detained at the Hartford Correctional Center. Additionally, the Connecticut State's Attorney's Office has followed the required procedure to ensure Mr. Bailey appears in state court, which he now has done. His next scheduled state court appearance is August 20, 2019. Mr. Bailey has also had opportunity to confer with state counsel.

Defendant requests no action from the Court at this time. In light of the uncertain time required to proceed to trial in the state matter, Defendant continues to reserve the right to request a final revocation hearing at any time, including prior to resolution of the state matter.

                                    Respectfully submitted,

                                    THE DEFENDANT,
                                    Allen Bailey

                                    OFFICE OF THE FEDERAL DEFENDER

Dated: July 19, 2019              /s/ James P. Maguire
                                    James P. Maguire
                                    Assistant Federal Defender
                                    265 Church Street, Suite 702
                                    New Haven, CT 06510
                                    Phone: (203) 498-4200
                                    Bar No.: ct29355
                                    Email: James_Maguire@fd.org

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on July 19, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                    /s/ James P. Maguire
                                    James P. Maguire